UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>                 Plaintiff,<br>vs.<br><br>JOSHUA BARFIELD, *et al.*,<br><br>                 Defendants. | 3:18-cv-00393-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>March 26, 2020 |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendants **Timothy Filson, Desean Frazier, Teri Herrera and Joseph Mason**, who are no longer employees of the Nevada Department of Corrections (ECF No. 37). However, the Attorney General has filed the last known addresses of these Defendants under seal (ECF No. 38). If Plaintiff wishes to have the U.S. Marshal attempt service on these Defendants, he shall follow the instructions contained in this order.

The Clerk shall issue summonses for **Timothy Filson, Desean Frazier, Teri Herrera and Joseph Mason** and send the same to the U.S. Marshal with the addresses provided under seal (ECF No. 38). The Clerk shall also send four (4) copies of the First Amended Complaint (ECF No. 21), four (4) copies of the court's screening order (ECF No. 35), and four (4) copies of this order to the U.S. Marshal for service on the Defendants. The Clerk shall also send to Plaintiff four (4) USM-285 forms. Plaintiff shall have until **Friday, May 8, 2020,** to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, the above-listed Defendants may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

                                                        DEBRA K. KEMPI, CLERK
                                                        By: _____/s/_____
                                                             Deputy Clerk