# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA BARFIELD, *et al.,*<br><br>    Defendants. | Case No.: 3:18-CV-00393-RCJ-WGC<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Motion for Enlargement of Time (ECF No. 69) is **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Hendrix may file his Objections to the Report and Recommendation of United States Magistrate Judge (ECF No. 68) on or before **Monday, June 21, 2021.**

**IT IS SO ORDERED**.

Dated this 1st day of June, 2021.

_____
ROBERT C. JONES
United States District Judge