UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSHUA BARFIELD, *et al.*,<br><br>            Defendants. | Case No.: 3:18-CV-00393-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 68) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 68[1]) entered on May 26, 2021, recommending that the Court grant Defendants' motion for summary judgment (ECF No. 61) except as to the retaliation claim against Rivera in Claim 1 and the retaliation claim against Baltierra in Claim 4. On June 21, 2021, Plaintiff filed his Objections to U.S. Magistrate Judge's Report and Recommendation (ECF No. 71).

  This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 68), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 61) is **GRANTED, EXCEPT** as to the retaliation claim against Rivera in Claim 1 and the retaliation claim against Baltierra in Claim 4.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2021.

_____
ROBERT C. JONES
United States District Judge