| | |
|---|---|
| 1 | AARON D. FORD<br>  Attorney General |
| 2 | DOUGLAS R. RANDS, Bar No. 3572<br>  Senior Deputy Attorney General |
| 3 | State of Nevada<br>100 N. Carson Street |
| 4 | Carson City, NV 89701-4717<br>Tel: (775) 684-1150 |
| 5 | E-mail: drands@ag.nv.gov |
| 6 | *Attorneys for Defendants*<br>*Harold Wickham, Michael McCardle,* |
| 7 | *Thomas Hinkle, Karen Baltierra,*<br>*Justin Hunt, James Lester, Marc Malliger,* |
| 8 | *Donald Southworth, and Oscar Gonzales* |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>        Plaintiff,<br><br>vs.<br><br>HAWK IVIE, et al.,<br><br>        Defendants. | Case No. 3:18-cv-00514-RCJ-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAMAL DAMON HENDRIX,<br><br>        Plaintiff,<br><br>v.<br><br>HAROLD WICKHAM, et al.,<br><br>        Defendants. | Case No. 3:19-cv-00403-MMD-WGC |
| JAMAL DAMON HENDRIX,<br><br>        Plaintiff,<br><br>vs.<br><br>S. ROSE, et al.,<br><br>        Defendants. | Case No. 3:19-cv-00046-MMD-WGC |

1

|   |   |   |
|---|---|---|
| 1 | JAMAL DAMON HENDRIX, | Case No.  3:18-cv-00393-RCJ-WGC |
| 2 | Plaintiff, |   |
| 3 | vs. |   |
| 4 | JOSHUA BARFIELD, et al., |   |
| 5 | Defendants. |   |
| 6 | JAMAL DAMON HENDRIX, | Case No.  3:18-cv-00084-RCJ-WGC |
| 7 | Plaintiff, |   |
| 8 | vs. |   |
| 9 | M. SHARP, et al., |   |
| 10 | Defendants. |   |
| 11 | JAMAL DAMON HENDRIX, | Case No.  3:15-cv-00336-RCJ-WGC |
| 12 | Plaintiff, |   |
| 13 | vs. |   |
| 14 | RENEE BAKER, et al., |   |
| 15 | Defendants. |   |
| 16 | JAMAL DAMON HENDRIX, | Case No.  3:20-cv-00059-MMD-CLB |
| 17 | Plaintiff, |   |
| 18 | vs. |   |
| 19 | JAMES DZURENDA, et al., |   |
| 20 | Defendants. |   |
| 21 |   |   |
| 22 | JAMAL DAMON HENDRIX, | Case No.  3:19-cv-00574-MMD-WGC |
| 23 | Plaintiff, |   |
| 24 | vs. |   |
| 25 | K. BATTIERRA, et al., |   |
| 26 | Defendants. |   |
| 27 |   |   |
| 28 |   |   |

|  |
|---|
| JAMAL DAMON HENDRIX,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL SCHMIDT, et al.,<br><br><br>　　　　　Defendants. |
| JAMAL DAMON HENDRIX,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID DRUMMOND, et al.,<br><br><br>　　　　　Defendants |

Case No.  3:20-cv-00091-MMD-CLB

Case No.  3:20-cv-00574-MMD-WGC

　　　　IT IS HEREBY STIPULATED by and between Jamal Damon Hendrix, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, that the above-captioned actions should be dismissed with prejudice, by order of this Court, with each party to bear his own costs.

DATED this 3rd day of August, 2021

DATED this 10th day of August, 2021

AARON D. FORD
Attorney General

By  /s/ Douglas R. Rands

*Jamal D. Hendrix*
JAMAL DAMON HENDRIX
Plaintiff, *Pro Se*

DOUGLAS R. RANDS, Bar No.  3572
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  8/10/2021

_____
Chief U.S. District Judge